**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 03-7371**

————————

RODNEY VICTOR HARRIS,

Plaintiff - Appellant,

versus

COLIN ROBERT GIBB, Judge, Giles County Circuit
Court,

Defendant - Appellee.

————————

**No. 03-7372**

————————

RODNEY VICTOR HARRIS,

Plaintiff - Appellant,

versus

PHILLIP CORMANY STEELE, Prosecutor, Giles
County Circuit Court,

Defendant - Appellee.

————————

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-3-546-7; CA-03-550-7)

————————

Submitted: January 15, 2004          Decided: January 28, 2004

————————

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Rodney Victor Harris, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Rodney Victor Harris appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaints without prejudice under 28 U.S.C. § 1915(e)(2)(B)(iii) (2000). We have reviewed the record and find that these appeals are frivolous. Accordingly, we dismiss the appeals on the reasoning of the district court. <u>See</u> <u>Harris v. Gibb</u>, No. CA-3-546-7 (W.D. Va. Aug. 27, 2003); <u>Harris v. Steele</u>, No. CA-03-550-7 (W.D. Va. Aug. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>